In the Matter of Misba Uddin, Appellant, v New York City Taxi and Limousine Commission, Respondent.

Submitted February 3, 2014; decided April 1, 2014

Motion for reargument of motion for leave to appeal denied [*see* 22 NY3d 856 (2013)].